UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 16-44-DCR-2 |
| | ) | |
| V. | ) | |
| | ) | |
| LILLIE MARCINE JOHNSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is pending for consideration of Defendant Lillie Marcine Johnson's motion for re-arraignment.  [Record No. 47]  Being sufficiently advised, it is hereby

**ORDERED** as follows:

1.    Defendant's motion [Record No. 47] is **GRANTED**.

2.    The Defendant having moved for re-arraignment for the purpose of entering a guilty plea, her previously-filed motion to suppress [Record No. 25] is **DENIED** as moot.  The Report and Recommendation regarding this motion as it pertains to this defendant [Record No. 47] is **ADOPTED** and **INCORPORATED** by reference.

3.    Re-arraignment of the defendant shall be held on **Saturday, July 23, 2016,** beginning at the hour of **11:00 a.m.**, at the United States Courthouse in Lexington, Kentucky.

-1-

-2-

This 6th day of July, 2016.



Signed By:

**Danny C. Reeves**  DCR

**United States District Judge**